

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 8 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1601

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE STARMED HEALTH PERSONNEL, INC., FAIR LABOR STANDARDS ACT LITIGATION

*Cristina G. Kluska v. StarMed Health Personnel, Inc., et al.,* S.D. Florida, C.A. No. 1:04-20095

### CONDITIONAL TRANSFER ORDER (CTO-1)

On May 6, 2004, the Panel transferred one civil action to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Manuel L. Real.

It appears that the action on this conditional transfer order involves questions of fact which are common to the action previously transferred to the Central District of California and assigned to Judge Real.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of May 6, 2004, ____ F. Supp.2d____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Manuel L. Real.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
_____
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 6 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JUL 26 '04